# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2012-1042

COMMIL USA, LLC,

        Plaintiff-Appellee,

v.

CISCO SYSTEMS, INC.,

        Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0341, Magistrate Judge Charles Everingham.

Authorized Abbreviated Caption[2]

COMMIL USA v CISCO SYSTEMS, 2012-1042

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.