# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 Madison Place, N.W.
### Washington, D.C. 20439

DANIEL E. O'TOOLE
CLERK

TELEPHONE: 202-275-8000
FAX: 202-275-9678

July 29, 2013

Richard A. Sayles, Esq.
Sayles Werbner, P.C.
4400 Renaissance Tower
Dallas, Texas 75270

RE: COMMIL USA V CISCO SYSTEMS; Appeal No. 2012-1042

Dear Mr. Sayles:

This will confirm our telephone call that the court has requested a response from the Appellee to the Appellant's petition for rehearing and for rehearing en banc.

Please file your response in accordance with Fed. Cir. Rules 35 and 40 on or before August 12, 2013.

Very truly yours,

James Benjamin
Senior Deputy Clerk

cc: William F. Lee, Esq.