NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMMIL USA, LLC,**
*Plaintiff-Appellee*

v.

**CISCO SYSTEMS, INC.,**
*Defendant-Appellant*

---

2012-1042

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0341, Magistrate Judge Charles Everingham.

---

**O R D E R**

On May 26, 2015, the Supreme Court entered its judgment vacating this court's June 25, 2013 judgment and remanding the case for further proceedings consistent with the Supreme Court's opinion.

IT IS ORDERED THAT:

This court's mandate is recalled, the June 25, 2013 judgment is vacated, and the case is reopened.

FOR THE COURT

| | |
|---|---|
| June 30, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |